# IN THE UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio

**In the Matter of**:                            }
                                                 }      Case No. 11-bk-57685
Cynthia Minor                                    }
                                                 }
                                                 }      Chapter 13
                                                 }
**Debtor(s)**                                    }

## Notice of Change of Address

**My Former Mailing Address was**:

Name:        Cynthia Minor

Street:      514 Ramonford Ct

City, State, Zip: Westerville, OH 43081

**Please be advised that effective April 20, 2016
my new mailing address is:**

Name:        Cynthia Minor

Street:      310 Fallriver Dr.

City, State, Zip: Reynoldsburg, OH 43068

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on April 20, 2016 to the following:

**Trustee:**
Faye D. English
Chapter 13 Trustee
10 West Broad Street
Suite 900
Columbus, OH 43215-3449
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Cynthia Minor
310 Fallriver Dr.
Reynoldsburg, OH 43068

Respectfully Submitted,
/s/ Erin E. Schrader
Erin E. Schrader (0078078)
Rauser & Associates
5 East Long St., Suite 300
Columbus, OH 43215
(614) 228-4480